[No. 51604-3-I. Division One. April 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS J. CLAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05295-5, Michael J. Fox, J., entered December 4, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51903-4-I. Division One. April 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MICHAEL LYNCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03347-1, Laura Gene Middaugh, J., entered February 24, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51966-2-I. Division One. April 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES M. FLOWERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03309-8, Michael Heavey, J., entered February 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51969-7-I. Division One. April 12, 2004.]

UNITED SERVICES AUTOMOBILE ASSOCIATION, *Respondent*, v. GEORGE S. PELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-11722-6, Richard J. Thorpe, J., entered February 13, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Schindler, J.